FILED
GREAT FALLS DIV.
'07 JAN 8 AM 9 35
PATRICK E. ... , CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOSEPH D. BERGIE, | CV 06-45-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JEREMY YELLIN, | |
| Defendant. | |

On November 11, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

---

[1] Docket No. 7.

[2] Docket No. 1.

The docket will reflect that Plaintiff's filing of this action counts as one strike against him for frivolousness and failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(g).

DATED this 8th day of January, 2007.

SAM E. HADDON
United States District Judge